IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JAMES R. CLEMENT, JR., Institutional ID No. 21531, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:23-CV-254-BQ |
| GAINS COUNTY SHERIFS OFFICE, | § § § | |
| Defendant. | § § | |

## JUDGMENT

Of equal date herewith an Order of Dismissal having been entered, it is

**ORDERED** and **ADJUDGED** that Plaintiff's Complaint and all claims alleged therein are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: February 9, 2024.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE